# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Jarrad Jennings, | : |
| | : Civil Action No.: 6:18-cv-00084-SPS |
| Plaintiff, | : |
| v. | : |
| Diversified Consultants, Inc.; and DOES 1-10, inclusive, | : |
| Defendants. | : |

## NOTICE OF SETTLEMENT

NOTICE IS HEREBY GIVEN that the parties in the above-captioned case have reached a settlement. The Plaintiff anticipates filing a notice of withdrawal of Complaint and voluntary dismissal of this action with prejudice pursuant to FED. R. CIV. P. 41(a) within 60 days.

Dated: April 11, 2018

Respectfully submitted,

By __/s/ Sergei Lemberg_____

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile: (203) 653-3424
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 11, 2018, a true and correct copy of the foregoing Notice of Settlement was served electronically by the U.S. District Court Eastern District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

                                                 By  */s/ Sergei Lemberg*
                                                      Sergei Lemberg, Esq.