# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| Jarrad Jennings, | : <br> : <br> : Civil Action No.: 6:18-cv-00084-SPS <br> : |
| Plaintiff, | : |
| v. | : <br> : |
| Diversified Consultants, Inc.; and DOES 1-10, inclusive, | : <br> : <br> : |
| Defendants. | : <br> : |

## NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DISMISSAL OF ACTION WITH PREJUDICE
## PURSUANT TO RULE 41(a)

Jarrad Jennings ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: May 21, 2018

Respectfully submitted,

PLAINTIFF, Jarrad Jennings

By  */s/ Sergei Lemberg*

Sergei Lemberg, Esq.
LEMBERG LAW, L.L.C.
43 Danbury Road, 3rd Floor
Wilton, CT 06897
Telephone: (203) 653-2250
Facsimile:  (203) 653-3424
E-Mail: slemberg@lemberglaw.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on May 21, 2018, a true and correct copy of the foregoing Notice of Withdrawal was served electronically by the U.S. District Court for the Eastern District of Oklahoma Electronic Document Filing System (ECF) and that the document is available on the ECF system.

      By _/s/ Sergei Lemberg_

      Sergei Lemberg